
MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
fpetersen@mcrazlaw.com

By: Michael McGrath, # 6019
Frederick J. Petersen, #19944
76155-2/tld

Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br><br> PRM FAMILY HOLDING COMPANY, L.L.C., <br><br> Debtor. | Chapter 11 Proceedings <br><br> No. 2:13-bk-09026-SSC |
| In re: <br><br> PRODIGIO MERCADO, L.L.C., <br><br> Debtor. | No. 2:13-bk-09028-DPC |
| In re: <br><br> PRO'S ABQ RANCH MARKETS, L.L.C., <br><br> Debtor. | No. 2:13-bk-09030-GBN |
| In re: <br><br> PRO'S ELP RANCH MARKETS, L.L.C., <br><br> Debtor. | No. 2:13-bk-09033-RJH |

| | |
|---|---|
| In re:<br><br>PRO'S ELP RANCH MARKETS BEVERAGE COMPANY, L.L.C.,<br><br>　　　　Debtor. | No. 2:13-bk-09034-RJH |
| In re:<br><br>PRO & SON'S, L.L.C.,<br><br>　　　　Debtor. | No. 2:13-bk-09036-RJH |
| In re:<br><br>PRO'S RANCH MARKETS (CA), L.L.C.,<br><br>　　　　Debtor. | No. 2:13-bk-09037-GBN |
| In re:<br><br>PROVENZANO'S, L.L.C.,<br><br>　　　　Debtor. | No. 2:13-bk-09039-SSC |

**ORDER APPROVING EXPEDITED MOTION FOR JOINT ADMINISTRATION OF ESTATES AND TO TRANSFER ASSIGNMENT OF CASES TO ONE JUDGE**

Debtors in possession PRM FAMILY HOLDING COMPANY, LLC, a Delaware limited liability company, PRODIGIO MERCADO, LLC, an Arizona limited liability company, PRO'S ABQ RANCH MARKETS, LLC, a New Mexico limited liability company, PRO'S ELP RANCH MARKETS, LLC, a Texas limited liability company, PRO'S ELP RANCH MARKETS BEVERAGE COMPANY, LLC, a Texas limited liability company, PRO AND SON'S, LLC, a California limited liability company, PRO'S RANCH MARKETS (CA), LLC, a California limited liability company, and PROVENZANO'S LLC, an Arizona limited liability company, (collectively referred to as the "Debtors") in the above-referenced Chapter 11 proceedings, having filed their *Expedited Motion for Joint*

1  *Administration of Estates and Motion to Transfer Assignment of Cases to One Judge,* and
2  good cause appearing;
3      **IT IS HEREBY ORDERED** that Debtors' Motion for joint administration of the
4  above-numbered cases is hereby approved and the cases will be jointly administered under
5  the first filed case: *PRM Family Holding Company, L.L.C.***,** Case No. 2:13-bk-09026-SSC**.**
6      **IT IS FURTHER ORDERED** transferring all of these cases to the Honorable Sarah
7  S. Curley for joint administration.
8      **IT IS FURTHER ORDERED** that the Debtors shall provide Notice of the entry of
9  this Order to all creditors and other parties in interest, with an opportunity to object,
10 pursuant to Rule 2002, *Federal Rules of Bankruptcy Procedure.*
11     **IT IS FURTHER ORDERED** that unless an objection to the entry of this Order is
12 timely made, this Order approving joint administration and transfer of all cases to the
13 Honorable Sarah S. Curley shall become final.
14                     **DATED AND SIGNED ABOVE.**

366360