MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
fpetersen@mcrazlaw.com

By: Michael McGrath, # 6019
Frederick J. Petersen, #19944
76155-2/meb

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

PRM FAMILY HOLDING COMPANY, L.L.C., ☐
PRODIGIO MERCADO, L.L.C., ☐
PRO'S ABQ RANCH MARKETS, L.L.C., ☐
PRO'S ELP RANCH MARKETS, L.L.C., ☐
PRO'S ELP RANCH MARKETS BEVERAGE ☐
   COMPANY, L.L.C.,
PRO & SON'S, L.L.C., ☐
PRO'S RANCH MARKETS (CA), L.L.C., ☐
PROVENZANO'S, L.L.C., ☐

Debtors.

This Filing Applies to:

☒ All Debtors
☐ Specified Debtors

Chapter 11 Proceedings

Case Nos. 2:13-bk-09026-SSC
            2:13-bk-09028-SSC
            2:13-bk-09030-SSC
            2:13-bk-09033-SSC
            2:13-bk-09034-SSC
            2:13-bk-09036-SSC
            2:13-bk-09037-SSC
            2:13-bk-09039-SSC
(Joint Administration)

**NOTICE OF ENTRY OF INTERIM AND FINAL ORDERS AND NOTICE OF CONTINUED HEARING AND DEADLINE TO FILE OBJECTIONS THERETO**

**NOTICE IS HEREBY GIVEN** that an emergency hearing was held on May 30, 2013, at which time the Court entered final orders approving the following motions:

1. Expedited Motion for Joint Administration and Motion to Transfer Assignment of Cases to One Judge and

2. Motion to (i) Establish Procedures and Allow Payments of Western Union Trust Funds and (ii) Establish Procedures and Allow Payments of Lottery Trust Funds.

**NOTICE IS FURTHER GIVEN** that the Court entered the following interim orders:

1. Emergency Motion Authorizing Payment of Pre-Petition Wages, Salaries, and Employee Benefits and

2. Debtor's Emergency Motion for Order Granting Interim Use of Cash Collateral and Setting Final Hearing.

**NOTICE IS FURTHER GIVEN** that the Court has set a continued hearing for Tuesday, June 11, 2013 at 3:00 p.m. at the United States Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona 85003, Courtroom #701, Phoenix, AZ, on the following matters:

1. Motion for Order Granting Interim Use of Cash Collateral and Setting Final Hearing.

2. Motion to Establish Procedures and to Allow Claims of Perishable Agricultural Commodities Act Claimants and Packers and Stockyards Act Claimants;

3. Motion for Interim and Final Orders Determining Adequate Assurance of Payment of Future Utility Services;

4. Emergency Motion Authorizing Payment of Pre-Petition Wages, Salaries, and Employee Benefits.

**NOTICE IS FINALLY GIVEN** that any objections to the Motions must be filed with the Bankruptcy Court and a copy provided to Debtors' attorneys at the address listed above no later than Friday, June 7, 2013.

**FOR FURTHER PARTICULARS, THE MOTIONS AND THE ORDER ARE ON FILE WITH THE OFFICE OF THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, 230 N. FIRST AVENUE, PHOENIX, AZ 85003, OR IT MAY BE ACCESSED VIA THE ELECTRONIC DOCKET AT https://ecf.azb.uscourts.gov/.**

**In addition, the Motions and Order are available on the Debtors' website at http://prosranchreorg.com/.**

DATED May 31, 2013             MESCH, CLARK & ROTHSCHILD, P.C.


                               By    s/David J. Hindman
                                     Michael McGrath
                                     Frederick J. Petersen
                                     Attorneys for Debtors

366650