# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

*Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | PRM FAMILY HOLDING COMPANY, LLC |
| **Case Number:** | 2:13-bk-09026-SSC  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 11, 2013 03:00 PM  7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | FAYE HOLTHAUS |
| **Reporter / ECR:** | ANDAMO PURVIS |

*Matters:*

1) CONTINUED MOTION FOR INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT OF FUTURE UTILITY SERVICES
   R / M #:  6 / 0

2) CONTINUED MOTION TO ESTABLISH PROCEDURES AND ALLOW CLAIMS OF PERISHABLE AGRICULTURAL COMMODITIES ACT CLAIMANTS AND PACKERS AND STOCKYARDS ACT CLAIMANTS
   R / M #:  8 / 0

3) CONTINUED EMERGENCY MOTION TO APPROVE USE OF CASH COLLATERAL AND SETTING FINAL HEARING
   R / M #:  4 / 0

4) CONTINUED EMERGENCY MOTION TO AUTHORIZE PAYMENT OF PRE-PETITION WAGES, SALARIES AND EMPLOYEE BENEFITS
   R / M #:  5 / 0

*Appearances:*

FREDERICK J. PETERSEN, ATTORNEY FOR PRM FAMILY HOLDING COMPANY, LLC
MICHAEL MCGRATH, ATTORNEY FOR PRM FAMILY HOLDING COMPANY, LLC
LARRY WATSON, ATTORNEY FOR U.S. TRUSTEE
MICHAEL CARMEL, ATTORNEY FOR THE PROVENZANOS
KIP MARTIN, ATTORNEY FOR PACA CREDITORS
JORDAN KROOP, ATTORNEY FOR UNIFIED GROCERS AND GROCERS CAPITAL CORP
KELLY SINGER, ATTORNEY FOR BAR S FOODS AND BRO-PACK ENTERPRISES
BOB MILLER, ATTORNEY FOR BANK OF AMERICA
BRYCE SUZUKI, ATTORNEY FOR BANK OF AMERICA
ALAN NEWDELMAN, ATTORNEY FOR FRESCO MAR, LLC
MARVIN RUTH, ATTORNEY FOR UNLIMITED BAKING INGREDIENTS
KAMI HOSKINS, ATTORNEY FOR SRP
EMILY GILDAR, ATTORNEY FOR TX III CRIMSON, LLC
LAWRENCE WILK, ATTORNEY FOR MUTUAL OF OMAHA
PAUL HARTER, ATTORNEY FOR THE LUFTY FAMILY LIMITED PARTNERSHIP
ANTHONY AUSTIN, ATTORNEY FOR PACA CLAIMANT

Case 2:13-bk-09026-SSC   Doc 77   Filed 06/11/13   Entered 06/12/13 09:30:00   Desc
Main Document    Page 1 of 3         06/12/2013   9:29:48AM

(continue)...  2:13-bk-09026-SSC    TUESDAY, JUNE 11, 2013 03:00 PM

## *Proceedings:*

1) Mr. Petersen places the stipulations with SRP and APS on the record. He further notes that there were no other objections and asks that the procedure as outlined at the previous hearing be allowed.

Ms. Hoskins confirms the agreement and states a draft stipulated order has been circulated.

Mr. Miller questions whether these amounts are accounted for in the budget.

Mr. Petersen says it is but there may need to be a revision since the timing of the payments are different.

**COURT: IT IS ORDERED APPROVING THE STIPULATIONS AND SETTING UP ADEQUATE ASSURANCE OF PAYMENT PROCEDURES AS DISCUSSED. MR. PETERSEN WILL UPLOAD THE ORDER.**

2) Mr. Petersen states the objections filed have been resolved through a stipulated order and asks for status hearings to be set in September and October.

Mr. Singer confirms the agreement as discussed by Mr. Petersen.

Mr. Martin confirms the agreement.

Mr. Watson states the U.S. Trustee has no objection.

Mr. Miller addresses the potential issue that will arise once the claimants want to be paid, but states his client is in agreement with the procedure set forth in the order.

**COURT: IT IS ORDERED APPROVING THE STIPULATED ORDER. IT IS FURTHER ORDERED SETTING A STATUS HEARING ON OCTOBER 3, 2013 AT 10:00 AM AND AN ADDITIONAL STATUS HEARING ON NOVEMBER 5, 2013 AT 10:00 AM.**

4) Mr. Petersen discusses the the proposed salary payments to the insiders.

Mr. Miller does not object.

Mr. Watson does not object, but asks for a reservation of rights for the creditor's committee once one is in place with a sixty day look-back period.

Mr. Carmel consents to the courts jurisdiction and states his clients will have the wear withal to make the payments.

**COURT: IT IS ORDERED APPROVING THE PAYMENTS TO INSIDERS. MR. PETERSEN TO LODGE AN ORDER CONSISTENT WITH THE COURT'S RULING.**

3) Mr. McGrath discusses the objection filed by Bank of America and the increase in actual cash over the projected amount. He further states that the debtor is in a stronger position today than they were at the previous hearing when the use of cash collateral was consented to. He asks that the order lodged last Friday be approved. He confirms that a protocol is being established to provide Bank of America with the necessary financial information.

Mr. Carmel argues in support of the proposed order.

Mr. Miller discusses his concern with the debtor unilaterally lodging orders. He further discusses the issues with the interim order lodged by the debtors. Mr. Miller argues that the lack of transparency is troubling and asks that the court order the parties to work it out and come back to the court if an agreement cannot be reached. He details the financial information his client is looking for.

Mr. McGrath states the debtor cannot provide the weekly flash report as requested by Mr. Miller because it is information that has yet to be verified.

Mr. Singer wants to ensure that the previously negotiated reservation of rights remains in any order.

**The court advises that any proposed order be circulated to all parties prior to be lodged. It further notes its concern with the increase in actual cash and the reliability of the financial information provided. The court notes that the budget needs to be revised in regards to the utility payments and professional restructuring fees.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...  2:13-bk-09026-SSC        TUESDAY, JUNE 11, 2013 03:00 PM

**IT IS ORDERED GRANTING THE MOTION TO APPROVE CASH COLLATERAL THROUGH JULY 16, 2013. IT IS FURTHER ORDERED CONTINUING THE HEARING TO JULY 16, 2013 AT 2:30 PM.**