MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
       fpetersen@mcrazlaw.com

By:    Michael McGrath, # 6019
       Frederick J. Petersen, #19944
       76155-2/tld

Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| PRM FAMILY HOLDING COMPANY, L.L.C., ☐<br>PRODIGIO MERCADO, L.L.C., ☐<br>PRO'S ABQ RANCH MARKETS, L.L.C., ☐<br>PRO'S ELP RANCH MARKETS, L.L.C., ☐<br>PRO'S ELP RANCH MARKETS BEVERAGE ☐<br>   COMPANY, L.L.C.,<br>PRO & SON'S, L.L.C., ☐<br>PRO'S RANCH MARKETS (CA), L.L.C., ☐<br>PROVENZANO'S, L.L.C., ☐ | Case Nos. 2:13-bk-09026-SSC<br>2:13-bk-09028-SSC<br>2:13-bk-09030-SSC<br>2:13-bk-09033-SSC<br>2:13-bk-09034-SSC<br>2:13-bk-09036-SSC<br>2:13-bk-09037-SSC<br>2:13-bk-09039-SSC<br>(Joint Administration) |
| Debtors. | |
| This Filing Applies to:<br>☒ All Debtors<br>☐ Specified Debtors | **APPLICATION FOR APPROVAL OF EMPLOYMENT OF MESCH, CLARK & ROTHSCHILD, P.C. AS ATTORNEYS FOR THE DEBTORS** |

The Application of PRM FAMILY HOLDING COMPANY, LLC, a Delaware limited liability company, PRODIGIO MERCADO, LLC, an Arizona limited liability company, PRO'S ABQ RANCH MARKETS, LLC, a New Mexico limited liability company, PRO'S ELP RANCH MARKETS, LLC, a Texas limited liability company,

PRO'S ELP RANCH MARKETS BEVERAGE COMPANY, LLC, a Texas limited liability company, PRO AND SON'S, LLC, a California limited liability company, PRO'S RANCH MARKETS (CA), LLC, a California limited liability company and PROVENZANO'S LLC, an Arizona limited liability company, (collectively referred to as the "Debtors" or "Debtors-in-possession") respectfully represent:

1. On May 28, 2013, Debtors filed petitions pursuant to Chapter 11 of the United States Bankruptcy Code. The Debtor(s) is/are owned by the same members or are officers/directors.

2. The Debtors continue to operate and manage their businesses and properties.

3. The Debtors wish to employ MESCH, CLARK & ROTHSCHILD, P.C. ("MC&R"), as their attorneys duly admitted to practice in this Court.

4. The Debtors have selected MC&R for the reason that they believe MC&R is well qualified to represent them as Debtors-in-possession in these Chapter 11 proceedings.

5. The professional services that MC&R is to render include:

   a. To give the Debtors-in-possession legal advice with respect to their powers and duties in the continued operation and management of their businesses.

   b. To take necessary action to recover certain property and monies owed to the Debtors-in-possession, if necessary.

   c. To represent the Debtors-in-possession in litigation.

   d. To prepare on behalf of the Debtors-in-possession, the necessary applications, answers, complaints, orders, reports, disclosure statement, plan of reorganization, motions, and other legal papers.

   e. To perform all other legal services that the Debtors-in-possession deem necessary.

6. To the best of the knowledge of the Debtors-in-possession, MC&R has no connection with the creditors, or any other party-in-interest or their respective attorneys in

this case, except as set forth in the Verified Statement of Frederick J. Petersen, filed with this Court.

7. The Debtors are informed that the hourly rates for the services of the MC&R attorneys and staff who may work on this case are as follows:

| | |
|---|---|
| Lowell E. Rothschild | $550.00 |
| Michael McGrath | $545.00 |
| Scott H. Gan | $450.00 |
| Frederick J. Petersen | $425.00 |
| Kasey C. Nye | $395.00 |
| David J. Hindman | $295.00 |
| Isaac D. Rothschild | $250.00 |
| Partners | $300.00 - $550.00 |
| Associates | $175.00 - $295.00 |
| Paralegals | $165.00 - 180.00 |
| Legal Assistants | $ 85.00 - $150.00 |
| Law Clerks | $100.00 |

In addition, MC&R will seek reimbursement for all reasonably incurred expenses, including, without limitation, travel costs, long distance calls, courier and express mail costs, special or hand deliveries, copying costs, document processing, court fees, transcript costs and other expenses. The hourly rates stated above are subject to periodic adjustments.

8. MC&R will be compensated as provided by the U.S. Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Procedure of this Court, any order regarding professional compensation entered in this case, and subject to order of this Court approving MC&R's fees and costs.

9. As disclosed in the Verified Statement of Frederick J. Petersen submitted herewith, to the best of the Debtors' knowledge MC&R does not represent any entity having an adverse interest in connection with these cases.

**WHEREFORE**, the Debtors respectfully request that the Court enter an Order authorizing employment of MC&R as attorneys for the Debtors, on the terms set forth

Above, effective May 28, 2013, and for such other relief as is just and proper concerning this Application.

DATED: June 12, 2013

          s/Michael Provenzano III
Michael Provenzano, III
Manager

366806