MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
       fpetersen@mcrazlaw.com
By:  Michael McGrath, # 6019
     Frederick J. Petersen, #19944
     76155-2/tld
Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| PRM FAMILY HOLDING COMPANY, L.L.C., ☐<br>PRODIGIO MERCADO, L.L.C., ☐<br>PRO'S ABQ RANCH MARKETS, L.L.C., ☐<br>PRO'S ELP RANCH MARKETS, L.L.C., ☐<br>PRO'S ELP RANCH MARKETS BEVERAGE ☐<br>   COMPANY, L.L.C.,<br>PRO & SON'S, L.L.C., ☐<br>PRO'S RANCH MARKETS (CA), L.L.C., ☐<br>PROVENZANO'S, L.L.C., ☐<br><br>                    Debtors. | Case Nos. 2:13-bk-09026-SSC<br>          2:13-bk-09028-SSC<br>          2:13-bk-09030-SSC<br>          2:13-bk-09033-SSC<br>          2:13-bk-09034-SSC<br>          2:13-bk-09036-SSC<br>          2:13-bk-09037-SSC<br>          2:13-bk-09039-SSC<br>          (Joint Administration) |
| This Filing Applies to:<br><br>☐ All Debtors<br>☐ Specified Debtors | **DECLARATION GARY M. GITLIN IN SUPPORT OF APPLICATION TO EMPLOY MESCH, CLARK & ROTHSCHILD, P.C. AND HG CAPITAL AS DEBTORS' PROFESSIONALS** |

STATE OF ARIZONA   )
                   ) ss.
COUNTY OF MARICOPA )

GARY M. GITLIN, under declares as follows:

1. I am a member of Gary M. Gitlin, APLC ("Gitlin").

2. I have represented the Debtors since 1999 and I have served as the Debtors' general counsel since 2007. The Debtors have employed me post petition to continue my work for them in the ordinary course of their businesses.

3. Prior to the filing of the Debtors bankruptcy petitions pursuant to Chapter 11 of the Bankruptcy Code, I received funds from the Debtors to pay professional retainers related to various legal matters and related to this bankruptcy proceeding. My trust account currently has approximately $220,000.00 held as prepetition retainers for the payment of professional fees and expenses to be provided post petition by Mesch, Clark & Rothschild, P.C. and HG Capital Partners. It is my understanding that Mesch, Clark & Rothschild, P.C. and HG Capital Partners have or will be filing applications to be employed as Debtors' counsel and Debtors' Financial Advisor respectively pursuant to 11 U.S.C. §327(a). These retainer funds will be used to pay their professional fees and reasonable and necessary expenses, as approved by the Bankruptcy Court.

s/Gary M. Gitlin
GARY M. GITLIN

SUBSCRIBED AND SWORN to before me this 12 day of June, 2013, by Gary M. Gitlin.

\_\_\_s/Patti Baumgart_____
Notary Public

My Commission Expires: 7/4/2015

367134