IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

Dated: January 7, 2014

Sarah S. Curley, Bankruptcy Judge

MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone:  (520) 624-8886
Fax:     (520) 798-1037
Email: mmcgrath@mcrazlaw.com
           fpetersen@mcrazlaw.com

By:    Michael McGrath, # 6019
         Frederick J. Petersen, #19944
         76155-2/meb

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PRM FAMILY HOLDING COMPANY, L.L.C.,<br>PRODIGIO MERCADO, L.L.C.,<br>PRO'S ABQ RANCH MARKETS, L.L.C.,<br>PRO'S ELP RANCH MARKETS, L.L.C.,<br>PRO'S ELP RANCH MARKETS BEVERAGE<br>   COMPANY, L.L.C.,<br>PRO & SON'S, L.L.C.,<br>PRO'S RANCH MARKETS (CA), L.L.C.,<br>PROVENZANO'S, L.L.C.,<br><br>           Debtors.<br><br>This Filing Applies to:<br><br>   All Debtors<br>   Specified Debtors | Chapter 11 Proceedings<br><br>Case Nos. 2:13-bk-09026-SSC<br>              2:13-bk-09028-SSC<br>              2:13-bk-09030-SSC<br>              2:13-bk-09033-SSC<br>              2:13-bk-09034-SSC<br>              2:13-bk-09036-SSC<br>              2:13-bk-09037-SSC<br>              2:13-bk-09039-SSC<br>(Joint Administration)<br><br>**ORDER AUTHORIZING AND APPROVING THE DEBTORS' CONTINUED USE OF CASH COLLATERAL**<br><br>DATE:   January 7, 2013<br>TIME:    1:30 P.M. |

The Court has previously entered Orders authorizing the use of cash collateral on the following dates:  June 19, 2013 (DE 106), August 1, 2013 (DE 260), September 4, 2013

(DE 325), October 10 and October 23, 2013 (DE 478, 520) and November 21, 2013 (DE 619. Under the terms of the Orders, the Debtors have had the right to use cash collateral according to the terms of said Orders and the Budgets attached to each Order. All capitalized terms not otherwise defined herein shall have the meanings set forth in the Final Order of September 4, 2013.

CNG Ranch, LLC ("**CNG**"), the successor to Bank of America, N.A. and the holder of a security interest in certain cash of the Debtors and the Debtors agree to the use of cash collateral as set forth in the Budget, Exhibit A through March 2, 2014. The budget and the proposed use of cash collateral is agreeable to the Official Committee of Unsecured Creditors.

Based upon the entire record in this case,

**IT IS HEREBY ORDERED** that the Debtors may use cash collateral as stipulated and agreed by CNG, and as provided in Exhibit A.

**DATED AND SIGNED ABOVE.**

APPROVED AS TO FORM AND CONTENT:

MESCH, CLARK & ROTHSCHILD, P.C.


By   s/Frederick J. Petersen, #19944
     Michael McGrath
     Frederick J. Petersen
     Attorneys for Debtors

WINTHROP COUCHOT, P.C.


By   s/Frederick J. Petersen with permission
     Robert E. Opera
     Attorneys for CNG Ranch, LLC

FREEBORN & PETERS, LLP
SCHIAN WALKER, P.L.C.


By   s/Frederick J. Petersen with permission
     Richard S. Lauter
     Thomas R. Fawkes
     Dale C. Schian
     Attorneys for the Official Committee of Unsecured Creditors

#20M9257