# EXHIBIT A

*Cash Collateral Budget/Cash Flow Budget*

1/4/2014 19:40

| Week Ending Sunday | WEEK 33 Forecast | WEEK 34 Forecast | WEEK 35 Forecast | WEEK 36 Forecast | WEEK 37 Forecast | WEEK 38 Forecast | WEEK 39 Forecast | WEEK 40 Forecast |
|---|---|---|---|---|---|---|---|---|
| Beginning | 1/6/2014 | 1/13/2014 | 1/20/2014 | 1/27/2014 | 2/3/2014 | 2/10/2014 | 2/17/2014 | 2/24/2014 |
| Ending | 1/12/2014 | 1/19/2014 | 1/26/2014 | 2/2/2014 | 2/9/2014 | 2/16/2014 | 2/23/2014 | 3/2/2014 |
| # of Days | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| **Sales** | 5,421,000 | 4,801,725 | 4,389,750 | 4,443,250 | 5,432,750 | 5,035,000 | 4,599,250 | 4,520,000 |
| | | | | | | | | |
| Cash Receipts | 5,500,000 | 4,800,000 | 4,350,000 | 4,550,000 | 5,650,000 | 5,200,000 | 4,550,000 | 4,700,000 |
| | | | | | | | | |
| DIP | | | | 2,000,000 | | | | |
| Total Cash Receipts for period | | | | 6,550,000 | | | | |
| | | | | | | | | |
| Cash Disbursements | | | | | | | | |
| Inventories | 3,686,280 | 3,265,173 | 2,985,030 | 3,021,410 | 3,694,270 | 3,423,800 | 3,127,490 | 3,073,600 |
| Service Vendors | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 150,000 |
| Payroll & Benefits | 870,000 | 820,000 | 810,000 | 825,000 | 815,000 | 810,000 | 810,000 | 850,000 |
| Rent & Cam | 421,958 | 215,000 | - | 389,394 | 435,000 | - | - | - |
| Property and Equipment | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Repairs & Maintenance | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Utilities | 70,000 | 110,000 | 100,000 | 90,000 | 70,000 | 110,000 | 100,000 | 70,000 |
| Supplies | 115,000 | 115,000 | 115,000 | 115,000 | 115,000 | 115,000 | 115,000 | 106,048 |
| Sales Taxes | - | - | 200,000 | 150,000 | - | - | 200,000 | 150,000 |
| Property Taxes | - | - | - | 210,000 | - | - | - | - |
| Insurance | 300,000 | 92,216 | - | 250,000 | 300,000 | 92,216 | - | 92,216 |
| Advertising | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 65,000 |
| Interest | - | - | - | - | - | - | - | - |
| Other expense | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Fleet Costs (Fuel ect..) | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 |
| Total Cash Disbursements | 5,788,238 | 4,942,389 | 4,535,030 | 5,375,804 | 5,754,270 | 4,876,016 | 4,677,490 | 4,681,864 |
| | | | | | | | | |
| Trustee Fees | | | | | | 75,000 | | 50,000 |
| Total Trustee Fees for period | 0 | 0 | 0 | 0 | 0 | 75,000 | 0 | 50,000 |
| | | | | | | | | |
| PACA | | | | | | | | |
| Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| Ordinary Course Professionals, labor attorney and CP | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Total Ordinary Course Professionals for period | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| | | | | | | | | |
| MCR - Mesch Clark and Rothschild, Council to debtors | | - | | 375,000 [1] | | | | |
| HS Capital Partners, Financial Advisor to debtors | 330,719 [2] | - | | 428,454 [3] | | | | |
| Unsecured Creditors Committee Professionals/JD and FA | | - | | 185,000 [4] | | | | |
| Total Reorganization Professionals for period | 330,719 | - | - | 988,454 | - | - | - | - |
| | | | | | | | | |
| Adjusted Cash Disbursements | 6,138,957 | 4,962,389 | 4,555,030 | 6,384,258 | 5,774,270 | 4,971,016 | 4,697,490 | 4,751,864 |
| | | | | | | | | |
| Adjusted Net Cash Flow (Deficit) | (638,957) | (162,389) | (205,030) | 165,742 | (124,270) | 228,984 | (147,490) | (51,864) |
| | | | | | | | | |
| Beginning Cash Balance | 5,174,918 | 4,535,961 | 4,373,572 | 4,168,542 | 4,334,284 | 4,210,014 | 4,438,998 | 4,291,508 |
| | | | | | | | | |
| Ending Cash Balance | 4,535,961 | 4,373,572 | 4,168,542 | 4,334,284 | 4,210,014 | 4,438,998 | 4,291,508 | 4,239,643 |

Footnotes:

[1] Estimated MCR fees for the months of Oct, Nov, and Dec pending approval of interim fee application on such.

[2] Previously allowed HS Capital Partners fees per order approved 11/21/13, Doc. 618

[3] Actual HS Capital Partners fees billed for Oct, Nov, Dec, pending approval of interim fee applicaton on such.

[4] Unsecured creditors committee professionals fees for the months of Oct and Nov, pending approval of fee applications.