# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## _Hearing Information:_

| | | | |
|---|---|---|---|
| **Debtor:** | PRM FAMILY HOLDING COMPANY, LLC | | |
| **Case Number:** | 2:13-bk-09026-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 07, 2014 01:30 PM 7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | FAYE HOLTHAUS | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## _Matters:_

1) FINAL HEARING ON DEBTORS' MOTION TO OBTAIN POST-PETITION FINANCING
   **R / M #:** 668 / 0

2) ADM: 2:13-BK-09026-SSC
   MOTION TO DISALLOW CLAIMS JOINT MOTION OF DEBTORS AND COMMITTEE FOR AN ORDER (I)
   SUSTAINING OBJECTIONS TO AND DISALLOWING CERTAIN PACA CLAIMS; AND (II) SETTING A HEARING
   ON REMAINING DISPUTED PACA CLAIM FILED BY DAVID JEFFREY HINDMAN OF MESCH CLARK &
   ROTHSCHILD PC ON BEHALF OF PRM FAMILY HOLDING COMPANY, LLC .
   **R / M #:** 720 / 0

3) ADM: 2:13-BK-09026-SSC
   CONTINUED MOTION TO EXTEND MOTION TO EXTEND SOLICITATION PERIOD WITHIN WHICH TO
   SOLICIT ACCEPTANCE OF THE DEBTORS' JOINT PLAN OF REORGANIZATION FILED BY MICHAEL W.
   MCGRATH OF MESCH CLARK & ROTHSCHILD ON BEHALF OF PRM FAMILY HOLDING COMPANY, LLC.
   **R / M #:** 563 / 0

4) CONTINUED STATUS HEARING RE: PACA AND PASA CLAIMANTS: 1) PAYMENT ISSUES; 2) OUTSTANDING
   DISPUTES RELATING TO:
   AGROEXPORT, LLC
   BIG CHUY DISTRIBUTORS & SONS
   EL CHILERITO SPICE, INC
   EL PASO FOODS & IMPORTS, CO
   EVA'S BLUE RIBBON CHILE
   J. LUIS GALVEX PRODUCE, INC
   K&M MARKETING
   MESILLA VALLEY PRODUCE
   NOPALITOS EL AGUILA PRODUCE
   ORO VERDE PRODUCTS
   PABLO'S PRODUCE, INC
   PORT PLASTICS INC
   PUEBLO FRUITS, INC
   RONDRIGUEZ FRUIT, INC
   SIR SPEEDY PRINTING
   TOP VEG FARM PRODUCE DISTRIBUTORS, INC
   DELIGHTFUL QUALITY PRODUCE COMPANY, LLC
   JICAMAS JAIMES
   BETTER PRODUCE
   CFL PRODUCE, INC
   JFOOD AND SUPPLY, INC
   **R / M #:** 0 / 0

Case 2:13-bk-09026-SSC    Doc 829    Filed 01/07/14    Entered 01/08/14 08:13:54    Desc
Main Document    Page 1 of 5

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

5) ADM: 2:13-BK-09026-SSC

CONTINUED MOTION TO RECLASSIFY CLAIMS AGENT'S MOTION FOR ORDER: (I) DETERMINING CLASSIFICATION OF LENDERS' CLAIMS; (II) REQUIRING DEBTORS TO IMPLEMENT BALLOTING PROCEDURES CONSISTENT WITH SUCH CLASSIFICATION; AND (III) GRANTING EXTENSION OF DEADLINE FOR LENDERS TO MAKE SECTION 1111(B) ELECTION FILED BY JUSTIN A. SABIN OF BRYAN CAVE LLP ON BEHALF OF BANK OF AMERICA, N.A. AS ADMINISTRATIVE AGENT AND A LENDER UNDER THE AMENDED AND RESTATED CREDIT AGREEMENT DATED JULY 1, 2011.

**R / M #:**    568 /  0

6) ADM: 2:13-BK-09026-SSC

STATUS HEARING RE: E DEBTORS' CONTINUED USE OF CASH COLLATERAL

**R / M #:**    619 /  0

7) ADM: 2:13-BK-09026-SSC

STATUS HEARING ON AGENT'S MOTION TO APPOINT CHAPTER 11 TRUSTEE FILED BY ROBERT J. MILLER OF BRYAN CAVE LLP ON BEHALF OF BANK OF AMERICA, N.A. AS ADMINISTRATIVE AGENT AND A LENDER UNDER THE AMENDED AND RESTATED CREDIT AGREEMENT DATED JULY 1, 2011 .

**R / M #:**    466 /  0

 **VACATED:  STIPULATION TO WITHDRAW MOTIONS FILED**

## _Appearances:_

FREDERICK J. PETERSEN, ATTORNEY FOR PRM FAMILY HOLDING COMPANY, LLC (T)
MICHAEL W. MCGRATH, ATTORNEY FOR PRM FAMILY HOLDING COMPANY, LLC
DALE SCHIAN, ATTORNEY FOR THE UNSECURED CREDITORS' COMMITTEE
GARY KELTNER, ATTORNEY FOR SHAMROCK FOODS
BEN REEVES, ATTORNEY FOR LANDLORD
TAMALYN LEWIS, ATTORNEY FOR CREDITOR
JORDAN KROOP, ATTORNEY FOR CREDITOR
LAWRENCE WILK, ATTORNEY FOR CREDITOR
JOHN NASR, ATTORNEY FOR CREDITOR
ROBERT OPERA, ATTORNEY FOR CNG RANCH, LLC
CARL KUNZ, ATTORNEY FOR CREDITOR (T)
JEFFREY WISLER, ATTORNEY FOR CREDITOR (T)
STEVEN DE FALCO, ATTORNEY FOR CREDITOR (T)
JASON READ, ATTORNEY FOR CREDITOR (T)
SCOTT HILLISON, ATTORNEY FOR CREDITOR (T)
BRIAN MARCHETTI, ATTORNEY FOR CREDITOR (T)
STEVE JEROME, ATTORNEY FOR CREDITOR (T)
KIP MARTIN, ATTORNEY FOR CREDITOR (T)
BLAKE SURBEY, ATTORNEY FOR CREDITOR (T)
RICHARD LAUTER, ATTORNEY FOR UNSECURED CREDITORS' COMMITTEE (T)
JASON KLINOWSKI, ATTORNEY FOR UNSECURED CREDITORS' COMMITTEE (T)

Case 2:13-bk-09026-SSC    Doc 829    Filed 01/07/14    Entered 01/08/14 08:13:54    Desc
Main Document    Page 2 of 5

01/08/2014    8:13:33AM

# Minute Entry

## *Proceedings:*

1) Mr. McGrath reviews the status of the financing motion noting they have filed a second declaration of Michael Provenzano III, which should address the issues articulated in the court's previous ruling.

Mr. Schian reviews the committee's withdrawal of their objection, and subsequent support of the financing motion. He notes for the record the concessions made that led to the withdrawal of the objection.

**The court notes that the settlement referenced in the committee's withdrawal of their objection has not been filed with the court, and it needs to be.**

Mr. Schian states it will be filed later today.

Mr. Lauter confirms the committee's support of the financing motion.

Mr. Opera states that the note purchase transaction is complete and he notes that the sale is proceeding according to plan and there is no purchase price adjustments being considered at this time.

**COURT: IT IS ORDERED GRANTING THE MOTION AND APPROVING THE FINANCING AS MODIFIED BY THE STIPULATION WITH THE UNSECURED CREDITORS' COMMITTEE. MR. MCGRATH TO CIRCULATE AND LODGE A FORM OF ORDER.**

Discussion is held concerning the landlords' concerns.

Mr. Wilk clarifies on the record that his client's concerns remain but they are hopeful it will be resolved.

Mr. Reeves confirms his client is agreeable to what Mr. McGrath has stated on the record.

6) Mr. McGrath states that a stipulated order allowing for the debtors' use of cash collateral through February 2014 has been lodged.

Discussion is held concerning the fee applications that are now being filed.

**The court suggests the parties set the matters for hearing once all applications are on file.**

4) As to the payment issues, Mr. Klinowski confirms that all allowed PACA and PASA claims will be paid upon the closing.

Ms. Lewis is satisfied.

Mr. Petersen addresses the disputed claim of Jicamas Jaimes stating the parties are ready to proceed to

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

an evidentiary hearing on the matter.

Mr. Klinowski confirms that the parties have agreed to complete discovery by January 21, 2014 and will need two hours for the hearing.

Mr. Hillison confirms that two hours should be sufficient.

**COURT: IT IS ORDERED SETTING AN EVIDENTIARY HEARING ON JICAMAS JAIMES CLAIM AND THE DEBTORS' AND COMMITTEE'S OBJECTIONS THERETO FOR FEBRUARY 27, 2014 AT 1:30 PM. IT IS FURTHER ORDERED THAT THE JOINT PRETRIAL STATEMENT TO BE FILED ONE WEEK PRIOR TO THE HEARING.**

2) Mr. Petersen reviews the motion to disallow certain claims and notes that it was noticed appropriately.

**The court reviews its concerns with the brevity of the motion as it relates to the basis of each underlying objection. The court notes that the parties need to lay out, clearly, the basis for the initial objection to the claim.**

Mr. Klinowski states that his focus is on the failure of the claimants to follow the procedures order previously entered in the case.

**The court confirms its understanding of the previous procedures order; however, the court  notes the potential issue with due process in using an omnibus motion to default the claimants.**

Mr. McGrath states that the debtors can file a declaration setting forth the factual basis for the initial objection and requested denial of each of the claims for the court's review.

Mr. Petersen asks for a brief continued hearing on the motion to allow the parties to file the requested supporting documents.

**COURT: IT IS ORDERED CONTINUING THE HEARING TO FEBRUARY 20, 2014 AT 11:00 AM.**

3 & 5) Mr. McGrath asks that these matters be continued to the January 28, 2014 date to ride the calendar with the sale motion.

**The court notes there are no objections to the continuance of these matters.**

**IT IS ORDERED CONTINUING THE MATTERS TO JANUARY 28, 2014 AT 2:30 PM.**

Case 2:13-bk-09026-SSC    Doc 829    Filed 01/07/14    Entered 01/08/14 08:13:54    Desc
Main Document    Page 4 of 5                                01/08/2014    8:13:33AM

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

**(continue)...**    **2:13-bk-09026-SSC**        **TUESDAY, JANUARY 07, 2014 01:30 PM**