# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | PRM FAMILY HOLDING COMPANY, LLC |
| **Case Number:** | 2:13-BK-09026-SSC     **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 28, 2014 02:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | FAYE HOLTHAUS |
| **Reporter / ECR:** | ANDAMO PURVIS |

## *Matters:*

1) MOTION TO APPROVE SALE MOTION FOR ORDER (A) AUTHORIZING THE PRIVATE SALE OF SUBSTANTIALLY ALL ASSETS FREE AND CLEAR; AND (B) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES
   **R / M #:**   666 / 0

2) MOTION TO COMPEL DEBTORS TO COMPLY WITH THEIR OBLIGATIONS AND FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE FILED BY PETER J. RATHWELL OF SNELL & WILMER, LLP ON BEHALF OF DCT DESOTO LLC .
   **R / M #:**   625 / 0

3) HEARING ON DEBTORS' JOINT DISCLOSURE STATEMENT
   **R / M #:**   383 / 0

4) ADM: 2:13-bk-09026-SSC
   STATUS HEARING RE: MOTION FOR VALUATION
   **R / M #:**   474 / 0

5) CONTINUED MOTION TO EXTEND MOTION TO EXTEND SOLICITATION PERIOD WITHIN WHICH TO SOLICIT ACCEPTANCE OF THE DEBTORS' JOINT PLAN OF REORGANIZATION FILED BY MICHAEL W. MCGRATH OF MESCH CLARK & ROTHSCHILD ON BEHALF OF PRM FAMILY HOLDING COMPANY, LLC.
   **R / M #:**   563 / 0

6) CONTINUED MOTION TO RECLASSIFY CLAIMS AGENT'S MOTION FOR ORDER: (I) DETERMINING CLASSIFICATION OF LENDERS' CLAIMS; (II) REQUIRING DEBTORS TO IMPLEMENT BALLOTING PROCEDURES CONSISTENT WITH SUCH CLASSIFICATION; AND (III) GRANTING EXTENSION OF DEADLINE FOR LENDERS TO MAKE SECTION 1111(B) ELECTION FILED BY JUSTIN A. SABIN OF BRYAN CAVE LLP ON BEHALF OF BANK OF AMERICA, N.A. AS ADMINISTRATIVE AGENT AND A LENDER UNDER THE AMENDED AND RESTATED CREDIT AGREEMENT DATED JULY 1, 2011.
   **R / M #:**   568 / 0

## *Appearances:*

Case 2:13-bk-09026-SSC   Doc 905   Filed 01/28/14   Entered 01/29/14 13:40:07   Desc
Main Document    Page 1 of 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:13-BK-09026-SSC    TUESDAY, JANUARY 28, 2014 02:30 PM

FREDERICK J. PETERSEN, ATTORNEY FOR PRM FAMILY HOLDING COMPANY, LLC
MICHAEL W. MCGRATH, ATTORNEY FOR PRM FAMILY HOLDING COMPANY, LLC
ISAAC D. ROTHSCHILD, ATTORNEY FOR PRM FAMILY HOLDING COMPANY, LLC
DALE SCHIAN, ATTORNEY FOR THE UNSECURED CREDITORS' COMMITTEE
GARY KELTNER, ATTORNEY FOR SHAMROCK FOODS
TAMALYN LEWIS, ATTORNEY FOR CREDITOR
STERLING THREET, ATTORNEY FOR CREDITOR
JORDAN KROOP, ATTORNEY FOR CREDITOR
LAWRENCE WILK, ATTORNEY FOR CREDITOR
ROBERT OPERA, ATTORNEY FOR CNG RANCH, LLC
CARL KUNZ, ATTORNEY FOR CREDITOR
PETER RATHWELL, ATTORNEY FOR CREDITOR
RICHARD LORENZEN, ATTORNEY FOR CREDITOR
SEAN O'BRIEN, ATTORNEY FOR CREDITOR
MICHAEL CARMEL, ATTORNEY FOR THE PROVENZANOS
RICHARD LAUTER, ATTORNEY FOR THE CREDITORS' COMMITTEE
AARON YORK, ATTORNEY FOR CREDITOR
LISA BANEN, ATTORNEY FOR CREDITOR
BRUCE SPEISER, ATTORNEY FOR CREDITOR
JEFFREY WISLER, ATTORNEY FOR CREDITOR (T)
STEVEN DE FALCO, ATTORNEY FOR CREDITOR (T)
JASON READ, ATTORNEY FOR CREDITOR (T)
BRIAN MARCHETTI, ATTORNEY FOR CREDITOR (T)
KIP MARTIN, ATTORNEY FOR CREDITOR (T)
MARK BRADSHAW, ATTORNEY FOR CREDITOR (T)
ALLAN WAINWRIGHT, ATTORNEY FOR CREDITOR (T)
VINCE LEPORE, ATTORNEY FOR CNG (T)
RICHARD STREZA, ATTORNEY FOR CNG (T)
DEREK EARLY, ATTORNEY FOR CNG (T)

Page 2 of 4

Case 2:13-bk-09026-SSC    Doc 905    Filed 01/28/14    Entered 01/29/14 13:40:07    Desc
Main Document    Page 2 of 4    01/29/2014  1:39:42PM

# Minute Entry

(continue)... 2:13-BK-09026-SSC     TUESDAY, JANUARY 28, 2014 02:30 PM

## *Proceedings:*

3) Mr. McGrath asks that the hearing on the disclosure statement be vacated. He further states that an amended plan and disclosure statement will need to be filed if the sale closes.

**COURT: IT IS ORDERED VACATING THE HEARING ON THE DEBTORS' DISCLOSURE STATEMENT.**

4) Mr. McGrath informs the court that the debtors' will withdraw the motion and he asks that the hearing be vacated.

**COURT: IT IS ORDERED VACATING THE HEARING.**

5) Mr. McGrath informs the court that the debtors' will withdraw the motion.

**COURT: IT IS ORDERED DENYING THE MOTION AS MOOT AND VACATING THE HEARING.**

6) Mr. McGrath informs the court that the motion was filed by Bank of America and they are no longer a party to the case.

**COURT: IT IS ORDERED DENYING THE MOTION AS MOOT AND VACATING THE HEARING**

1) Mr. McGrath reviews the motion to approve the sale and authorize the assumption and assignment of leases, the committee's joinder, and the various objections. He further reviews the numerous stipulations for the assumption and assignment of numerous leases that have been recently filed and some that are forthcoming.

Mr. Wilk addresses his client's objection noting that his client has to agreed to an assumption and assignment, which they are willing to do with qualifications, which he notes for the record and asks CNG to acknowledge.

Mr. Opera acknowledges and states that his understanding is that the matter is resolved.

Ms. Banen addresses her client's objection and asks for proof that there are sufficient funds to cover disputed PACA claims. She would like to approve the form of order.

Mr. McGrath provides Ms. Banen with the information requested and will add the additional language to the order.

Mr. York reviews his client's objection and states an agreement has been reached. He requests to review

Page 3 of 4

Case 2:13-bk-09026-SSC    Doc 905    Filed 01/28/14    Entered 01/29/14 13:40:07    Desc
Main Document    Page 3 of 4                                      01/29/2014    1:39:42PM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:13-BK-09026-SSC      TUESDAY, JANUARY 28, 2014 02:30 PM

the form of order.

Ms. Lewis requests to see the form of order as well.

Mr. Opera urges the court to approve the sale under §363(m) and (n). He asks that the stay be waived so they can close by February 10, 2014.

**COURT: IT IS ORDERED APPROVING THE SALE AND THE ASSUMPTION AND ASSIGNMENT OF LEASES. MR. MCGRATH WILL CIRCULATE AND LODGE THE FORM OF ORDER BY JANUARY 31, 2014.**

2) Mr. McGrath reviews the motion and notes that a stipulation has been reached that should moot the motion.

Mr. Kunz confirms that the stipulation moots the motion. He will withdraw the motion if/when the sale closes.

**COURT: IT IS ORDERED CONTINUING THE HEARING TO MARCH 5, 2014 AT 11:00 AM. THE HEARING MAY BE VACATED UPON THE WITHDRAWAL OF THE MOTION.**

Page 4 of 4

Case 2:13-bk-09026-SSC    Doc 905    Filed 01/28/14    Entered 01/29/14 13:40:07    Desc
Main Document    Page 4 of 4      01/29/2014    1:39:42PM